AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JEFFREY HOLLIDAY<br>45 SAINT MARTIN STREET<br>FITCHBURG, MA 01420 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    04-867-MBB |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>1 Courthouse Way<br>Boston, MA 02210<br><br>Before:    MARIANNE B. BOWLER, U.S. MAGISTRATE JUDGE | Room<br>**COURTROOM # 25, 7th FLOOR** |
|---|---|
| | Date and Time<br>**AUGUST 6, 2004 at 2:30 P.M.** |

To answer a(n)
    Indictment        Information    X  ComplaintCom    Violation        Probation Violation Petition

Charging you with a violation of Title    18            United States Code, Section(s)   641

Brief description of offense:

SEE ENCLOSED

**PLEASE NOTE: DEFENDANT MUST REPORT TO PRETRIAL SERVICES AT 11:00 A.M., AUGUST 6, 2004; PRETRIAL SERVICES IS LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE**

_____        _____
Signature of Issuing Officer            Date    July 26, 2004

MARIANNE B. BOWLER, U.S.M.J.
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]  Date |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: _____ |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____ |
| ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.