**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

    v.

JEFFREY HOLLIDAY            MAGISTRATE JUDGE NO. <u>04-867-MBB</u>

**<u>APPOINTMENT OF FEDERAL DEFENDER</u>**
**(CHARLES MCGINTY)**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of <u>**August 6, 2004**</u> to represent said defendant in this cause until further order of the Court.

            By:   <u>/s/</u>
                   MARIANNE B. BOWLER
                   Chief United States Magistrate Judge

DATE: <u>August 6, 2004</u>