# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| | | | | | |
|---|---|---|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: USA v.s. Jeffrey Holliday  FOR

**PERSON REPRESENTED** (Show your full name)

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-867MBB
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
- Name and address of employer: Holliday Home Improvement
- IF YES, how much do you earn per month? $ 3000.00 (NOT APP)
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- RECEIVED: $5000.00 GROSS
- SOURCES: Federal Medical Center Devens (past employer as of 7-04)

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No   IF YES, state total amount $ 3500.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- VALUE: 1000.00 — DESCRIPTION: 78 Ski Boat
- VALUE: 1000.00 — DESCRIPTION: 65 Dodge Dart

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ Divorced (Single / Married / Widowed / Separated or Divorced)
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Kathrine Holliday (Daughter)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Rent & Household Expenses | Currently 3 month behind | $1050.00 |
| IRS Back Taxes | $17,000.00 | $575.00 |
| California Taxes | $5,000.00 | $900.00 |
| Child Support — See back side of page | Awaiting Payment Arrangement | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8-6-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Jeffrey Holliday

```
CAPITAL ONE                    700.00        35.00      PAYMENTS MADE
CITI BANK                    8,100.00       178.00      THRU A CREDIT
AMEX                         4,000.00       110.00      CONSULTING SERVICE
AMEX                         1,700.00        80.00      CURRENTLY 1 MONTH BEHIN
B OF A                       7,000.00       120.00      MAKING PAYMENT
HOUSEHOLD BANK                 700.00        35.00                ARRANGEMENT
BOPTI FCU  SIGNATURE LOAN    6500.00       360.00
```

CAR PAYMENTS

98 DODGE DAKOTA TRUCK    7000.00   240.00   (BOPTI FCU)
87 CHEVY TRUCK           2000.00   142.00   (HANSCOM FCU)