# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                                  CR. NO. 04-10334-RWZ

JEFFREY HOLLIDAY

## NOTICE

November 12, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 10:00 a.m., Friday, November 19, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                            /s/ Marianne B. Bowler
                                                           **MARIANNE B. BOWLER**
                                                           Chief  United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

\* **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**