Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Number: |
| JEFFREY HOLLIDAY, | ) | **04-cr-10334 RWZ** |
| | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, Jeffrey Holliday, the above-named defendant, who is accused of Embezzlement of United

States Funds, in violation of Title 18, United States Code, Section 641, being advised of the nature

of the charge(s), the proposed information, and my rights, hereby waive in open court on

_____ prosecution by indictment and consent that the proceeding may be by
*(Date)*

information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer