# ATTACHMENT A

BP-S614.030  **POSITION DESCRIPTION COVER SHEET** CDFRM
MAR 2001

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| A. Reason for Classification Action | | |
|---|---|---|
| X | Standardized Position | MRN: **SPE177** |
|   | New Position | |
|   | Replace/Inactivate MRN: | |

| B. Classification | | | | |
|---|---|---|---|---|
| Official Title: **MAINTENANCE MECHANIC SUPERVISOR** | Pay Plan | Occupational Series | Function Code | Grade |
| | **WS** | **4749** | | **14** |
| Working Title: **GENERAL FOREMAN** | Local Classifier: | | Date: | |
| | Regional Classifier: | | Date: | |
| | PPM Classifier: /s/ | | Date: 05/06/02 | |

**C. Organizational Structure**

| 1st | Department of Justice | 4th | |
| 2nd | Federal Bureau of Prisons | 5th | |
| 3rd | | 6th | |

Duty Station (If Different):    Various

**D. Supervisor's Certification**

I certify that this is an accurate statement of the major duties and responsibilities of the position and its organizational relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violations of such statute or their implementing regulations.

Signature:    /s/                                        Date:  05/27/02

Name/Title:   Bruce K. Sasser, Assistant Director, Administration Division

**E. Classification Certification**

I certify that this position has been classified as required by Title 5, U.S. Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

Signature:    /s/                                        Date:  06/03/02

Name/Title:   Jeff Barnes, Chief, Pay and Position Management

| F. Remarks | INCUMBENT: |
|---|---|

Standards Referenced:

WG-4749, Maintenance Mechanic Job Grading Standard, dated 5/74

Job Grading Standard for Federal Wage System Supervisors, dated 12/92

keying sheet, part c, block 16, corrected code from A to blank.

**Revised 11/06/03:   Keying sheet, part c, block 16, corrected code from A to blank.**

| Position Review History | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|
| Employee (Optional) | | | | | | | | |
| Supervisor | | | | | | | | |
| Classifier | | | | | | | | |

(This form may be replicated via WP)                                This form replaces BP-S614 dated June 1996

## MASTER RECORD/INDIVIDUAL POSITION DATA

### A. KEY DATA

| 1. FUNCTION: | | 2. DEPT-CD/AGCY-BUR-CD: | DJ FP | | |
|---|---|---|---|---|---|
| 3. SON: | | 4. MR-NO: SPE177 | 5. GRADE: 14 | 6. IP-NO: | |

### B. MASTER RECORD

| 1. PAY-PLAN: | WS | 2. OCC-SER: | 4749 | |
|---|---|---|---|---|
| 3. OCC-FUNC-CD: | | 4. OFF-TLE-PF/CD/SF: | 0001 | K |
| 5. OFF-TITLE: | MTNCE MECH SUPVR | | | |
| 6. HQ-FLD-CD: | 2 | 7. SUP-CD: | 2 | |
| 8. CLASS-STD-CD: | X | 9. INTERDIS-CD: | | |
| 10. DT-CLASS: | 06 03 02 | 11. EARLY-RET-CD: | 1 | |
| 12. INACT/ACT: | | 13. DT-ABOL: | | |
| 14. DT-INACT/REACT: | | 15. AGCY-USE: | | |
| 16. INTERDIS-SER: | | | | |
| 17. INTERDIS-PF/CD/SF: | | | | |
| 18. PATCO-CD: | (SYSTEM GENERATED) | 19. PROF-CATEGORY: | | |

### C. INDIVIDUAL POSITION

| 1. FLSA-CD/PAY-TBL: | E | | 2. FIN-DS/PROC-INTG: | | |
|---|---|---|---|---|---|
| 3. POS-SCHED: | | | 4. POS-SENS/ADP/DRUG-TS: | N | Y |
| 5. COMP-LEV: | 0000 | | 6. WK-TITLE-CD: | 6706 | |
| 7. WK-TITLE: | GEN FRMN | | | | |
| 8. ORG-STR-CD: | F P 30 | | | | |
| 9. VAC-REV-CD: | | | 10. TARGET-GD: | 14 | |
| 11. LANG-REQ: | | | 12. PROJ-DTY-IND: | | |
| 13. DUTY-STATION: | | | 14. BUS-CD/COPR-ST: | | Blank |
| 15. DT-LST-AUDIT: | 06 03 02 | | 16. PAS-IND/LEO-IND: | Blank | |
| 17. DATE-EST: | | | 18. GD-BASIS-IND: | | |
| 19. DT-REQ-REC: | | | 20. NTE-DT: | | |
| 21. POS-ST-BUD: | Y | | 22. MT-REV/CL-ACT-CD: | | |
| 23. DT-EMP-ASGN: | (SYSTEM GENERATED) | | 24. DT-ABOL: | | |
| 25. INACT/ACT: | | | 26. DT-INACT/REACT: | | |
| 27. ACCTG-STAT: | 3100 | | 28. INT-ASGN-SER: | | |
| 29. AGCY-USE: | | | 30. OBLIG-SSN: | (SYSTEM GENERATED) | |
| 31. DT-VACATED: | (SYSTEM GENERATED) | | 32. INCUMBENT-SSN: | (SYSTEM GENERATED) | |

REMARKS:   Revised 11/06/03

| REMARKS: | Revised 11/06/03 |
|---|---|

POSITION DESCRIPTION

**Maintenance Mechanic Supervisor**
**(General Foreman)**
**WS-4749-14**

## INTRODUCTION

This position is located in the Mechanical Services department at a Federal Bureau of Prisons correctional facility. The incumbent serves as Maintenance Mechanic Supervisor with responsibilities which include construction, repair, maintenance and inspection of all inside and outside housing units and buildings. Provides supervision to several civilian journeyman level supervisors who in turn supervise an inmate workforce involved in a variety of dissimilar trade practices. For institutions with more than one General Foreman position, i.e., located inside and/or outside the perimeter fence, the incumbent will be required to rotate through the different locations on a regular basis.

## MAJOR DUTIES AND RESPONSIBILITIES

The incumbent is responsible for the remodeling, alteration, repair, and maintenance of all housing units and buildings located on the institution grounds. The incumbent directs subordinate supervisors responsible for a variety of trade practices such as; painting, plumbing, HVAC, carpentry, welding, masonry, general maintenance work, heating/air conditioning, pipefitting, and electrical.

Incumbent may also be responsible for various utility systems which include the Power Plant, and/or a Water Treatment Plant, and/or a Wastewater Treatment Plant. Duties may include overseeing the operation and maintenance of the central heating plant, high voltage distribution system, emergency electric generating plant, potable water supply system, sewage systems, remote heating systems and all heating supply piping to all institution buildings.

The incumbent may also have responsibility for other operations outside the perimeter fence to include the motor pool operations (maintenance and repair of the institution's vehicles and equipment fleet), the road and grounds operations (grounds/

landscaping, roadway and parking maintenance), and the maintenance of the staff housing complex, wellness centers, training centers, institution warehouses, and S.O.R.T. courses (if applicable).

Incumbent maintains monthly utility consumption, fuel use, plan operations forms, energy, water and wastewater reports and various inspection reports. May oversee the operation of the institution's energy conservation programs.

The incumbent may be called upon to act as the contracting officer's technical representative for projects under his/her supervision.

Supervisory work and/or related managerial responsibilities constitute a major duty and requires accomplishment of work through the combined technical and administrative direction of subordinate employees.

Along with all other correctional institution employees, incumbent is charged with responsibility for maintaining security of the institution. The staff correctional responsibilities precede all others required by this position and are performed on a regular and recurring basis.

Specific correctional responsibilities include custody and supervision of inmates, responding to emergencies and institution disturbances, participating in fog and escape patrols, and assuming correctional officer posts when necessary. Incumbent may be required to shakedown inmates and conduct visual searches in their work or living area for contraband. Incumbent must be prepared and trained to use physical control in situations where necessary, such as in fights among inmates, assaults on staff, and riots or escape attempts.

Incumbent has the authority to enforce criminal statutes and/or judicial sanctions, including investigative, arrest and/or detention authority. When necessary, incumbent also has the authority to carry firearms and exercise appropriate force to establish and/or maintain control over individuals. When conditions warrant, the employee may enter into hostile or life threatening situations and may be required to make decisions affecting the life, well-being, civil liberties, and/or property of others. The actions of the incumbent could result in personal sanctions and legal liability.

Incumbent must successfully complete specialized training in firearms proficiency, self-defense, management of medical emergencies, safety management and interpersonal communication

**Planning:**

Incumbent assists the Facility Manager in establishing both long and short-term goals and priorities for the department. Also provides assistance in developing the annual budget, and in developing the annual B&F project priority submittals. Assists in preparing project justifications, specifications and drawings for regional approval.

Supervises the subordinate civilian staff in their assigned tasks to assure the institution's goals and priorities are met. Analyzes work schedules, determines manpower, tools, material requirements and methods, techniques, and other projects for which responsible.

Establishes objectives and plans and schedules work on a long-term basis with priorities established by a higher level of supervision. Provides information and advice to a higher level supervisor on matters such as ability to accomplish work assignments as scheduled, budget estimates, changes in production techniques and standards, rearrangement of machinery, or other changes in facilities.

Plans work and orders materials for in-house construction and maintenance projects, formulates specifications and purchases for contractual work, determines manpower and skill level requirements needed to accomplish work required.

Plans tests and inspections ensuring compliance with institution, Bureau, state and local government regulations. Incumbent is required to submit all reports and forms in a timely manner as mandated by the above agencies.

Revised 11/06/03                                                                 SPE177