U.S. Department of Justice
Office of the Inspector General

**AFFIDAVIT**

| 1. Place (City, State) | 2. Date | 3. Time | 4. Case Number |
|---|---|---|---|
| LEOMINSTER, MA | 6-2-04 | 7:10 PM | 2003006475 |

**Person Making Statement**

| 5. Name | 6. Home Address | 7. Home Telephone |
|---|---|---|
| JEFFREY HOLLIDAY | 45 ST. MARTIN ST. | 978 343 3710 |

| 8. Title | 9. Grade | 10. Component | 11. Length of Employ. | 12. Office Tele. |
|---|---|---|---|---|
| ELECTRONICS TECH. | GS 11 | BOP | 17 years | 978 796 1237 |

| 13. Employer | 14. Office Address |
|---|---|
| FEDERAL MEDICAL CENTER | 42 PATTON RD. |

**Others Present When Statement is Given**

| 15. Name | 16. Title |
|---|---|
| Tom HOPKINS | SA, |
| 17. Name | 18. Title |
| Kevin GRADY | S.A. - FBI |

**19. Statement of Affiant:**

I, JEFFREY HOLLIDAY, hereby solemnly (swear) (affirm) that the statement which I am about to make shall be the truth and nothing but the truth.

I AM A BOP ELECTRONICS TECH AT FMC DEVENS. I HAVE BEEN EMPLOYED AT FMC DEVENS SINCE MAY OF 1998, BEGINNING AS THE INSIDE GENERAL FOREMAN, MOVING TO THE OUTSIDE GENERAL FOREMAN, AND THEN ELECTRONIC TECH. SA'S TOM HOPKINS OF THE DOJ OIG & KEVIN GRADY OF THE FBI HAVE IDENTIFIED THEMSELVES TO ME AND TOLD ME THEY WISHED TO INTERVIEW ME REGARDING AN INVESTIGATION. THEY TOLD ME THAT I AM NOT IN CUSTODY AND THAT THIS INTERVIEW IS VOLUNTARY. THEY ADVISED ME OF MY RIGHT TO REMAIN SILENT & MY RIGHT TO HAVE AN ATTORNEY. I UNDERSTAND MY RIGHTS. I EXECUTED A WAIVER, AND AGREED TO BE INTERVIEWED. I AM PROVIDING THIS AFFIDAVIT VOLUNTARILY. APPROXIMATELY FOUR YEARS AGO I BECAME DEEPLY IN DEBT IN GAMBLING. I DEVELOPED A PLAN TO USE GOVERNMENT CREDIT CARDS THAT WERE UNDER MY SUPERVISION TO OBTAIN CASH TO PAY MY GAMBLING DEBTS. I TOLD VENDORS THAT I HAD A HAULER WHO COULD NOT ACCEPT CREDIT CARD PAYMENTS,

Page 1 of 3   Affiant's Initials: JH

OIG Form III-287/3 (09/17/90)

**U.S. Department of Justice**
Office of the Inspector General

**AFFIDAVIT** *(Continuation)*

| 1. Statement of JEFFREY HOLLIDAY | 2. Case Number 2003 006 475 |
|---|---|

I ASKED THESE VENDORS TO CHARGE THE CARD AND ISSUE ME A CHECK IN THE NAME OF NEIL TIBBETTS OR JIM MORTON. THE VENDORS KEEP 4 PERCENT FOR THE HANDLING FEES BUT NO OTHER MONEY. NEIL TIBBETTS WAS MY NEIGHBOR J. MORTON WAS AN INDIVIDUAL THAT I OWED GAMBLING DEBTS. THE VENDORS THAT I DEALT WITH IN THIS MATTER AND WHOM ISSUED CHECKS TO ME INCLUDED STEVE AMUNSON OF MARINO SHEET METAL, TONY IBARRA OR PIGATRON & INDIVIDUALS AT GETTINS ELECTRIC AND LUSIGNAN BROS SHEET METAL. APPROXIMATELY THREE OR FOUR CHECKS I DERIVED THIS WAY WERE SIGNED BY TIBBETTS. TO THE BEST OF MY KNOWLEDGE HE BELIEVES THE LIE I TOLD HIM AS TO WHERE THE CHECK CAME FROM. TIBBETTS CASHED THE CHECKS AND THEN GAVE ME THE MONEY HE THEN REQUESTED THAT I STOP USING HIS NAME. I SIGNED THE OTHER CHECKS WITHOUT HIS KNOWLEDGE AND DEPOSITED MOST OF THEM TO MY FLEET BANK ACCOUNT. SOME CHECKS THAT I SIGNED WITHOUT TIBBETTS KNOWLEDGE I GAVE TO MORTON. ALL OF THE MONEY I DERIVED IN THIS SCHEME WENT TO MORTON FOR THE GAMBLING DEBTS. TO COVER THE CHARGES I MADE ON THE GOVERNMENT CREDIT CARDS I MADE UP FALSE INVOICES & CREDIT CARD PURCHASE FORMS ON MY GOVERNMENT COMPUTER. I PLACED THEM INTO THE PURCHASE FILES. I STOPPED THIS ACTIVITY WHEN THE PROCUREMENT DUTIES WERE ASSIGNED BACK TO THE FACILITY MANAGER.

Page 2 of 3    Affiant's Initials: JH

OIG Form III-207/3 (09/18/90)

U.S. Department of Justice  Case 1:04-cv-10334-RWZ   Document 13-2   Filed 10/26/2005   Page 3 of 3
Office of the Inspector General

AFFIDAVIT *(Continuation)*

1. Statement of JEFFREY HOLLIDAY    2. Case Number 2003 00 6475

[page body crossed out with large X]

*I have read this statement consisting of 3 pages, and it is true and complete to the best of my knowledge and belief.*

_____ (Affiant's Signature)

Subscribed and (sworn to) (affirmed) before me at Leominster, MA, 7:50 PM on this 2nd day of June, 19 2004

_____ (Investigator's Signature)

Page 3 of 3

OIG Form III-207/3 (09/18/90)