

# FEDERAL BUREAU OF PRISONS
# FMC DEVENS
# CREDIT CARD PURCHASE FORM
### (Not for Personal Use Items)

|  |  |
|---|---|
| **No:** (Warehouse Use) |  |
| **VENDOR NAME:** Marine Sheet Motel | **PHONE NUMBER:** 310832 2740 |
| **DEPARTMENT:** FACILITIES |  |
| **CARD HOLDER NAME:** SEAN REIDY | **DATE:** 1-8-01 |

| Stock No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
|  | 8 | ea | Stainless Steel Drive Arms | 245.00 | 1960.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**ALL CREDIT CARD ORDERS ARE FILL OR KILL**

| | |
|---|---|
| Shipping and Handling (If Applicable) | 56.00 |
| **TOTAL AMOUNT:** | $ 2016.00 |

| Accounting Code (If other than default) |  |
|---|---|

*Mandatory Signatures are required for the following Types of Items:*

| Computer Related Item | Computer Services Manager |  | Date: |  |
|---|---|---|---|---|
| Tool Purchase | Captain |  |  |  |
| Chemical/Machinery | Safety Manager |  | Date: |  |

| Card Holder's Signature (Original Copy) | *Sean Reidy* (signature) | **Date Ordered:** 1-8-01 |
|---|---|---|
| Cost Center Manager (Copy 1) | (signature) | Date: 1-8-01 |
| Warehouse: (Copy 2) FAX Copy2 to the Warehouse at x1019 |  | Date: |

| **Fund Control No:** | P371V0060 |
|---|---|

## MARINE SHEET METAL INC.

824 Seaside Ave
Terminal Island, CA 90731
310 832 2740

Invoice # 16804     Date 1-8-01

Sold to: FMC DEVENS

Devens MA

| PART # | QUANTITY | ITEM | AMOUNT |
|---|---|---|---|
|  | 8 | S.S. Draw Pans 245.00 |  |
|  |  | SHIPPING | 56.00 |
|  |  |  | 2016.00 |

PAID    RECEIVED BY