# FEDERAL BUREAU OF PRISON
## FMC DEVENS
## CREDIT CARD PURCHASE FORM
### (Not for Personal Use Items)

| | | No: (Warehouse Use) | |
|---|---|---|---|
| VENDOR NAME: | DIGITROW | PHONE NUMBER: | |
| DEPARTMENT: | FACILITIES | | |
| CARD HOLDER NAME: | SEAN REIDY | DATE: | 3/15/01 |

| Stock No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| OK1334 | 2 | EA | CONTROL INTOR PARIS CARDS | 1209.00 | 2418.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **ALL CREDIT CARD ORDERS ARE FILL OR KILL** | | |
| | | | Shipping and Handling ( If Applicable) | | |
| | | | TOTAL AMOUNT: | | $ 2418.00 |

| Accounting Code (If other than default) | |
|---|---|
| | |

*Mandatory Signatures are required for the following Types of Items:*

| Computer Related Item | Computer Services Manager | | Date: | |
|---|---|---|---|---|
| Tool Purchase | Captain | | | |
| Chemical/Machinery | Safety Manager | | Date: | |

| Card Holder's Signature (Original Copy) | *[signature]* | Date Ordered: | 3-15-01 |
|---|---|---|---|
| Cost Center Manager (Copy 1) | *[signature]* | Date: | 3-15-01 |
| Warehouse: (Copy 2) FAX Copy2 to the Warehouse at x1019 | | Date: | |

| Fund Control No: | P37  1U0140 |
|---|---|

# GATRON
## LEADER IN SPECIAL SYSTEMS TECHNOLOGY

**INVOICE**

98623

2513 17th Street
Denver, CO 80211
Telephone: (303) 455-9545
Fax (303) 455-9550

| Customer | P.O.# | Date Completed | Terms | Invoice Date |
|---|---|---|---|---|
| FMC DEVENS | :D | | NET 30 | 03/15/01 |

| Item | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| OX1334 | 2 | CONTROL INTERFACE CARDS | 1209.00 | 2,118.00 |

*PAID M/C*

We appreciate your business. For your convenience, Digatron now accepts MasterCard and Visa.

Total Amount Due: