

# FEDERAL BUREAU OF PRISONS
## FMC DEVENS
## CREDIT CARD PURCHASE FORM
(Not for Personal Use Items)

| | | | | No: (Warehouse Use) | |
|---|---|---|---|---|---|
| VENDOR NAME: | DIGITRON INC | | | PHONE NUMBER: | 8006430161 |
| DEPARTMENT: | FACILITIES | | | | |
| CARD HOLDER NAME: | TIM SHEA | | | DATE: | 4/9/01 |

| Stock No. | Qty | Unit | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | 10 | EA | COMPU CONTROL RELAYS | 242.00 | 242.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**ALL CREDIT CARD ORDERS ARE FILL OR KILL**

| | |
|---|---|
| Shipping and Handling (If Applicable) | 50.00 |
| TOTAL AMOUNT: | $2470.00 |

| Accounting Code (If other than default) | 335 |
|---|---|

Mandatory Signatures are required for the following Types of Items:

| Computer Related Item | Computer Services Manager | | Date: | |
|---|---|---|---|---|
| Tool Purchase | Captain | | Date: | |
| Chemical/Machinery | Safety Manager | | Date: | |

| Card Holder's Signature (Original Copy) | Timothy Shea | [signature] | Date Ordered: | 4/9/01 |
|---|---|---|---|---|
| Cost Center Manager (Copy 1) | | | Date: | 4-9-01 |
| Warehouse: (Copy 2) FAX Copy2 to the Warehouse at x1019 | | | Date: | |

| Fund Control No: | 037440152 |
|---|---|



**INVOICE**

INVOICE NO.

THE LEADER IN SPECIAL SYSTEMS TECHNOLOGY

2513 17th Street
Denver, CO 80211
Telephone: (303) 455-9545
Fax (303) 455-9550

98728

| Customer | P.O.# | Date Completed | Terms | Invoice Date |
|---|---|---|---|---|
| FMC DEVENS | | | NET 30 | 04/09/01 |

| Item | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| ES2445 | 10 | COMPU-CONTROL RELAY | 242.00 | 2,420.00 |
| | | SHIPPING | | 50.00 |
| | | TOTAL | | 2470.00 |
| | | *PAID M/C* | | |

We appreciate your business. For your convenience, Digatron now accepts MasterCard and Visa.

Total Amount Due:

# BANK ONE.

BANK ONE
P.O. BOX 2030
MAIL SUITE IL1-6225
ELGIN IL 60121

**MEMO STATEMEN**
**THIS IS NOT A BII**

ACCOUNT NUMBER    5568-9600-0022-4533

STATEMENT DATE    04-13-01

NET CHARGES    $2,470.00

TIMOTHY SHEA
BUREAU OF PRISONS
FMC DEVENS
FACILITIES MGR POB 880
AYER MA  01432-0880

N01790

For reconciliation purposes only. Do not send payment.

---

**BUREAU OF PRISONS**    **AGENCY/ORG ID**

ACCOUNTING CODE:    12P3354000002652

| | | |
|---|---|---|
| AGENCY NAME: | BUREAU OF PRISONS | AGENCY/ORG ID: |
| BILLING OFFICE ID: | DISCRETIONARY CODE: | TAX EXEMPT #: |
| SINGLE PURCHASE LIMIT: | $2,500.00 | CYCLE PURCHASE LIMIT: $50,000.00 |

**STATEMENT MESSAGES**

Cardholder Signature _for Ed_    APP Official Signature

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 04-11 | 04-09 | 041161400012 | DIGATRON INC DENVER | 2,470.00 |
| | | P.O.S.: | SALES TAX: $0.00 | |

P37 10152  Compu Control Relays

---

| | ACCOUNT NUMBER | ACCOUNT SUMMARY | |
|---|---|---|---|
| CUSTOMER SERVICE CALL<br>**1-888-297-0781** | 5568-9600-0022-4533 | PURCHASES &<br>OTHER CHARGES | 2,470.00 |
| LOST/STOLEN CARDS CALL<br>**1-888-297-0782** | STATEMENT DATE:<br>04/13/01 | CASH ADVANCES | .00 |
| | | CREDITS | .00 |
| | | CASH ADVANCE FEE | .00 |
| SEND BILLING INQUIRIES TO:<br>BANK ONE<br>FEDERAL CARD<br>P.O. BOX 2015<br>MAIL SUITE IL1-6225<br>ELGIN, IL 60121 | | NET CHARGES | $2,470.00 |
| | | DISPUTE AMOUNT | .00 |

PAGE 1 OF 1