AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

UNITED STATES OF AMERICA
V.
JEFFREY HOLLIDAY
272 Pearl St., Unit #1
Gardner, Ma. 01440

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   04CR10334-1-RWZ

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts | Room<br>Courtroom # 12, 5th Floor |
| | Date and Time<br>11/20/07 @ 2:00 p.m. |
| Before:   Judge Zobel | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☒ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___3606___

Brief description of offense:

to modify his conditions;

_____
Signature of Issuing Officer

Lisa A. Urso, Deputy Clerk
Name and Title of Issuing Officer

Date  10/26/07